IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS


JAMES ROGERS JR,
Plaintiff,


v .                                        2:24-cv-2589-TC-BGS


Keurig Dr Pepper The American
Bottling Company

    Defendant.


## COMPLAINT

Plaintiff James Rogers, complaints of the Defendant Keurig Dr Pepper The American bottling Company as follow:

## INTRODUCTION

1.    This is a civil rights complaint for discrimination and retaliation in violation of Title VII of the Civil Rights Act 1964, 42 U.S.C. & 2000e, Civil Rights Act 1990, 42 U.S.C & 12101E

2.    James Rogers was an employee of Keurig Dr. Pepper, The American Bottling Company, as a Merchandising Manager/Supervisor. He also served as a Co-Chair for the African American Allies Employment Group(ERG) for the company, out of the Lenexa, Kansas location. Mr. Rogers was hired as a Merchandising Manager, not Merchandising Supervisor, out of the San Leandro California location when he was hired in March 2019. The Merchandising Manager is responsible for leading, training, and developing a team of Merchandising Supervisors and Merchandisers, as well as supporting achievement of territory sales goals through the development of on/off shelf distribution and relief sales when needed. As a Merchandising Manager, Mr. Rogers was responsible for re-routing, planning, scheduling and monthly/yearly volume sales reports for the San Leandro, California location and carried the same role when relocating to the Lenexa, Kansas location.

3.    Mr. Rogers continued the same responsibilities when joining the Lenexa, Kansas location. Around February or March 2021, Mr. Rogers was tasked with overseeing the entire Merchandising Department for the Lenexa branch, by his Territory Manager, Jeremy McIntosh. When he was transferred to Lenexa in November 2020, there was another Merchandising Manager, Charles Phipps; Mr Rogers and Mr. Phipps were each responsible for roughly half of the branch's accounts. When Mr. Phipps resigned, Mr. Rogers took on all the responsibilities of the entire Merchandising Department, duties that are meant to be split between two Merchandising Managers, and did so for the remaining time he was at the Lenexa Branch. Mr. Rogers professional skills benefited Keurig Dr. Pepper, The American Bottling Company, as he utilized communication, organizational and problem-solving skills. Mr. Macintosh was so impressed with the way Mr. Rogers persevered at handling the whole Merchandising Department, that he granted Mr. Rogers the highest score, (4 out of 4) for his 2021 annual review. Mr. Severs, Regional Vice President and Ismael Valadez, Human Resource Manager also had to agree and sign off on the review.

4.    Mr. Rogers Employment/Application for Territory/ Sales Manager Position Keurig Dr Pepper(KDRP), The American Bottle Company(ABC), have stated: Merchandising Supervisors "do not perform sales-related work to any extent", which is not true. Mr. Rogers started as a Merchandising Manager and in late 2021, KDRP, ABC went away from Merchandising Managers and converted them into Merchandising Supervisor, but Mr. Rogers responsibilities did not change(please see description of Merchandising Managers responsibilities above).

5.    As Mr. Rogers previously stated in his complaints, he was NOT notified in advance of the Territory Sales Manager interview. When Mr. Severs reached out to Mr. Rogers, he simply stated that he would like to either meet up at the branch, or in the field, to "talk about the Territory Sales Manager position." He gave no indication that this was an interview, especially with Mr. Severs indicating it would be ok to meet up at an account. Mr. Severs had an opportunity to notify Mr. Rogers that his intentions for this meeting was actually an interview; for example, he should have utilized the Keurig Dr. Pepper, American Bottling Company, recruiting department(which is the normal standard to set up an interview) to reach out to Mr. Rogers and confirm a time, date and information on who will be conducting the interview.

6.    Mr. Severs also did not have any other company personnel in the meeting which Mr. Severs is trying to claim as an interview. Usual protocol, especially for a significant position like Territory Sales Manager, would have at least one other employee, such as another manager or HR personnel, participate in an interview as well. Mr. Severs did not ask even one standard interview question.Mr. Severs also asked Mr. Rogers about his nationality, immediately after Mr. Severs brought up the fact that Mr. Rogers was a Co-Chair for the African American Alliance for the ERG. Mr. Severs then indicated/inquired that Mr. Rogers lived in the Missouri area, as Missouri has a much higher minority population than Kansas. Mr. Severs' statements about Mr. Rogers' interviews are false.

7.      Mr. Severs did not ask Mr. Rogers about his prior sales experience or about what challenges Mr. Rogers felt he would need to overcome. Mr. Severs, in fact, spent the majority of the interview speaking poorly about the previous Territoy Sales Manager, Jeremy McIntosh. Mr. Rogers California Merchandising Supervisor Position Mr. Rogers applied for the Merchandising Supervisor position in San Leandro, Ca, the position he held prior to transferring to Lenexa, KS. Mr. Rogers was notified of this interview via the Keurig Dr Pepper, American Bottling Company, recruiting department, which is the standard. After speaking with the recruiter, the recruiter followed up with Mr. Rogers via email with the details of the interview; date, time, location, and who would be conducting the interview. This interview took place with two employees from the San Leandro, California branch; District Sales Supervisor Allen Neves and Lead Account Manager Henry Samplina.

8.      All of the statements that Mr. Neves made regarding the interview are not true. More importantly, all the information provided as to the reasoning why Mr. Rogers was not hired for the position and is completely false. Mr. Rogers never had any complaint or disciplinary action brought against him in regards to his job performance or any other reason at the San Leandro, California location. Mr. Rogers in fact, never had any type of complaint or disciplinary action brought against him for the entirety of his career at Keurig Dr Pepper, American Bottling Company. Mr. Neves referred to Dan Tsurumoto as a previous supervisor of Mr. Rogers, this is not true, Mr. Tsurumoto never had supervision responsibilities over Mr. Rogers. Mr. Rogers' direct supervisors were Ben Rosario, Territory Sales Manager and Eric Lynch, Regional Vice President, both of whom are no longer with KDRP "ABC".

]9.      Mr. Rogers does have their contact information if the EEOC would like to speak with them. KDRP "ABC" does have a system in place that when any internal employee applies for another position within the company, it automatically sends an email to the direct manager of the employee who is applying, asking them if there are any concerns in regards to the employee.

10.      Mr.Rogers left the San Leandro, CA branch to go to Lenexa, Kansas, there was no negative feedback given about Mr. Rogers. In fact, Tracy Irvin HR Manager for San Leandro, CA and Ben Rosario, Territory Sales Manager, both communicated with Jeremy McIntosh and gave Mr. Rogers glowing reviews. This simply does not align with Mr. Neves statements regarding the reasoning for Mr. Rogers not being hired back at the San Leandro, Ca location.

11.      Mr. Rogers' Human Resources Complaint and Leave of Absences,initially made his formal complaint against Mr. Severs to Ismael Valadez, HR Manager, via a phone call on June 30, 2022. Ismael Valadez spoke to Mr. Rogers took his statement, then told Mr. Rogers he was going to investigate. After a couple of weeks went by and there was no update from Mr. Valadez, Mr. Rogers then submitted a written complaint to Mr. Valadez on July 14, 2022,  Mr. Rogers went on FLMA on August 16,2022, On November 16, 2022, Mr. Rogers was granted Short Term Disability by UNUM.

12.     Mr. Rogers is now on Long Term Disability; Mr. Rogers was diagnosed with a serious illness and place on permanent disability. Since Mr. Rogers has been on a leave of absence from the company, Keurig Dr Pepper, American Bottling Company has turned off his company email and company portal to prevent Mr. Rogers' access to them. Mr. Rogers insurance was turned off due to this action and he did not have healthcare coverage for a couple weeks. Mr. Rogers was able to get his healthcare insurance reactivated but was seriously impacted by this.

13.     Mr. Rogers' Mileage Reimbursement Improvement KDRP "ABC" claims Mr. Rogers Merchandisers were complaining to Managers about not seeing Mr. Rogers' in the field and that is why they started to investigate. This not true as Mr. Rogers' would meet with his team in the field as well merchandise accounts himself as the department was so shortly staffed.. KDRP "ABC" is also aware the Lenexa location has always been extremely short of employees for the Merchandising Department and their head count at the time was 17 employees with 29 openings to fill.

14.     Mr. Severs had to call in help from all KDRP "ABC" locations; there were employees including Managers, who came to help the Lenexa Location. This lasted for months. Mr. Severs was paying all employees, including managers, an incentive of $150.00 per day to help merchandise accounts, on top of their regular wages. Mr. Severs tasked Mr. Rogers' with scheduling, paying and providing direction to any employees who were assisting the Merchandising Department.

15.Mr. Rogers was also working 7 days a week for the past year and not receiving the incentive of $150.00 per day. Mr. Rogers also discussed with Mr. Valadez the fact that he was not receiving the incentive. Dennis Young, the current Territory Sales Manager, acknowledged that Mr. Rogers was the only manager working 7 days a week.

16.     Mr. Rogers' multiple complaints to KDRP ABC's HR department have failed to resolve the discrimination complaints filed verbally on June 30, 2022 and in written format on July 14, 2022. Instead, KDRP ABC maliciously and falsely attacked Mr. Rogers' creditably. Mr. Rogers has no disciplinary actions on his file the entire time he was employed by KDRP ABC. In addition Mr. Roger's most recent annual review yielded the highest score that an employee can achieve.

17.     Mr. Rogers only wanted a fair opportunity for both the Territory Sales Manager Position and the Merchandising Supervisor Position. Mr. Severs and Mr. Neves took that opportunity from Mr. Rogers, and instead discriminated against him. KDRP ABC terminated Mr. Rogers on May 24, 2023 because Mr. Rogers had not been cleared to return to work by his doctors.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff James Rogers prays that the Court:

A.      Enter judgment as favor of Mr. Rogers and against Defendant for violation of Mr. Rogers Rights under Title VII, Section 1990;

B.      Declare that the action of the Defendant constituted unlawful discrimination;

C.      Award Mr. Rogers compensatory damages, but not limited to, in such as will reasonably compensate for his losses and damages for emotional distress;

D.      Award Mr. Rogers punitive damages is such amount of 3.5 Million

E.      Award Mr. Rogers his cost, attorneys' fees, and expenses in these actions.


James Rogers Jr.
PO BOX 4385
San Leandro, CA 94579
(913) 201-0676
Email: JJR.14145@gmail.com